■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK L. LEE, Appellant. [837 NYS2d 897]—Motion to dismiss the appeal is granted, and the matter is remitted to Monroe County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or counsel who appeared for appellant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUCIOUS MULDROW, Appellant. [837 NYS2d 897]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, John J. Connell, J.—Burglary, 2nd Degree). Present—Hurlbutt, J.P., Gorski, Smith, Fahey and Green, JJ.